OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 As there was evidence to support the lower courts’ determination that the police possessed a reasonable suspicion of criminal activity justifying the pursuit of defendant
 
 (see, People v Sierra,
 
 83 NY2d 928), the issue is beyond this Court’s further review.
 

 Defendant’s remaining contention that the trial court violated CPL 310.30 by failing to properly respond to a jury question is without merit.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.